B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Vehimax International, L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **20-3459458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): **11204 McPherson Rd., Suite 111 Laredo, TX** ZIP CODE **78045** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
|---|---|

| County of Residence or of the Principal Place of Business: **Webb** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address): **11204 McPherson Rd., Suite 111 Laredo, TX** ZIP CODE **78045** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE |
|---|

**Type of Debtor** (Form of Organization) (Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition Is Filed** (Check one box.)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter.)*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1) (4/10)                                                                                                                    **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Vehimax International, L.L.C.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor  (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): **Vehimax International, L.L.C.** |
| *(This page must be completed and filed in every case)* | |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only one box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X**_____ | |
| **X**_____ | **X**_____ |
| | (Signature of Foreign Representative) |
| _____ | |
| Telephone Number (If not represented by attorney) | _____ |
| | (Printed Name of Foreign Representative) |
| _____ | _____ |
| Date | Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** /s/ Adolfo Campero, Jr. | I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached. |
| **Adolfo Campero, Jr.**          Bar No. **00793454** | |
| **Campero & Associates, P.C.** | |
| **315 Calle Del Norte, Suite 207** | |
| **Laredo, Texas 78041** | |
| Phone No.**(956) 796-0330**      Fax No.**(956) 796-0399** | _____ |
| 11/11/2011 | Printed Name and title, if any, of Bankruptcy Petition Preparer |
| Date | |
| *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.) |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. | |
| The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. | Address |
| **Vehimax International, L.L.C.** | **X**_____ |
| | _____ |
| **X** /s/ Daniel K. Jones | Date |
| Signature of Authorized Individual | Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| **Daniel K. Jones** | |
| Printed Name of Authorized Individual | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. |
| **Managing Member** | |
| Title of Authorized Individual | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. |
| 11/11/2011 | *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.* |
| Date | |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.18.1, ID 3754522093)*

B6A (Official Form 6A) (12/07)

In re  **Vehimax International, L.L.C.**                                    Case No. _____
                                                                                                  (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| None<br>Debtor has never owned any real estate. | None | | $0.00 | $0.00 |
| | | Total: | $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Vehimax International, L.L.C.**                                    Case No. _____
                                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | | Security Deposit | | $1,800.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Vehimax International, L.L.C.**                                    Case No. _____
                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Vehimax Auto Body Parts, L.L.C., which is dormant. | | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Vehimax International, L.L.C.**                          Case No. _____

                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Vehimax International, L.L.C.**                                    Case No. _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Credit Card Machine<br>(Said machine will be surrendered,) | | $1,721.17 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | _____3_____ continuation sheets attached | **Total  >** | **$3,521.17** |
| | | (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.) | | |

B6C (Official Form 6C) (4/10)

In re **Vehimax International, L.L.C.**                                  Case No. _____
                                                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$0.00** | **$0.00** |

B6D (Official Form 6D) (12/07)

In re  **Vehimax International, L.L.C.**                                    Case No. _____

                                                                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxx-xxxx-6103**<br><br>**City of Laredo<br>P.O. Box 6548<br>Laredo, Texas 78042** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2011 Personal Property Taxes**<br>COLLATERAL:<br>**Foreclosed Collateral**<br>REMARKS:<br><br>VALUE:          **$1,842.01** | | | | **$1,842.01** | |
| ACCT #: **xxx1696**<br><br>**Northern Leasing Systems, Inc.<br>132 West 31st Street, 14th Floor<br>New York, NY 10001-3405** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Lease**<br>COLLATERAL:<br>**Credit Card Machine**<br>REMARKS:<br><br>VALUE:          **$1,721.17** | | | | **$1,721.17** | |
| ACCT #: **xxx-xxxx-6103**<br><br>**United Independent School District<br>3501 E. Saunders<br>Laredo, Texas 78041** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2010 & 2011 Personal Property Taxes**<br>COLLATERAL:<br>**Foreclosed Property**<br>REMARKS:<br><br>VALUE:          **$5,324.10** | | | | **$5,324.10** | |
| ACCT #: **xxx-xxxx-6103**<br><br>**Webb County<br>1110 Victoria, Ste. 107<br>Laredo, Texas 78040** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2010 & 2011 Personal Property Taxes**<br>COLLATERAL:<br>**Foreclosed Property**<br>REMARKS:<br><br>VALUE:          **$2,967.47** | | | | **$2,967.47** | |
| | | Subtotal (Total of this Page) > | | | | **$11,854.75** | **$0.00** |
| | | Total (Use only on last page) > | | | | **$11,854.75** | **$0.00** |

_____**No**_____ continuation sheets attached

                                                                                                        (Report also on Summary of Schedules.)

                                                                                                        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Vehimax International, L.L.C.**

Case No. _____

(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Vehimax International, L.L.C.**                                    Case No. _____
                                                                                           (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: <br> **Internal Revenue Service** <br> **300 E. 8th Street** <br> **M/S 5026 AUS** <br> **Austin, Texas 78701** | | DATE INCURRED: <br> CONSIDERATION: <br> **Tax Lien** <br> REMARKS: | | | | $39,118.89 | $39,118.89 | $0.00 |
| ACCT #: **xxxxxxx4585** <br> **Texas State Comptroller** <br> **209 S. Danville Drive, Suite C-202** <br> **Abilene, Texas 79605-1464** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $5,107.14 | $5,107.14 | $0.00 |
| ACCT #: **xx-xxx720-3** <br> **Texas Workforce Comission** <br> **P.O. Box 440585** <br> **Laredo, Texas 78044** | | DATE INCURRED: <br> CONSIDERATION: <br> **Taxes** <br> REMARKS: | | | | $1,696.92 | $1,696.92 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____1_____ of _____1_____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $45,922.95 | $45,922.95 | $0.00 |
|---|---|---|---|---|
| | Total > <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $45,922.95 | | |
| | Totals > <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $45,922.95 | $0.00 |

B6F (Official Form 6F) (12/07)

In re   **Vehimax International, L.L.C.**                                            Case No. _____

                                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx6677**<br>**Associated Publishing Co.**<br>**P.O. Box 25933**<br>**Lehigh Valley, PA 18002-5933** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **$2,659.05** |
| ACCT #:  **xxxt057**<br>**Caine & Weiner**<br>**P.O. Box 5010**<br>**Woodland, Hills, CA 91365-5010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Mitchell International**<br>REMARKS: | | | | **$735.62** |
| ACCT #:  **xxxxxxxx9883**<br>**Cardservices International , L.L.C.**<br>**11204 McPherson Rd., Suite 111**<br>**Laredo, Texas 78045-6577** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx164-7**<br>**CCC Information Services**<br>**3 Golf Road Suite 352**<br>**Hoffman Estates, IL 60169** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **$0.00** |
| ACCT #:  **xxximax**<br>**CFI Express, Ltd.**<br>**700 N. St. Mary's #225**<br>**San Antonio, Texas 78205** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **$37,970.20** |
| ACCT #:  **xxxxxxxxx5817**<br>**Chase Auto Finance**<br>**P.O. Box 901076**<br>**Forth Worth, Texas 76101-2076** | X | DATE INCURRED:<br>CONSIDERATION:<br>**Deficiency Claim**<br>REMARKS: | | | | **$2,220.40** |
| | | Subtotal > | | | | **$43,585.27** |
| | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the<br>Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**3**_____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vehimax International, L.L.C.**                                        Case No. _____

                                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **2029**<br>**Clovis & Roche, Inc.**<br>**P.O. Box 2309**<br>**Hammond, LA 70401-2309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Genera Corporation**<br>REMARKS: | | | | **$96,628.16** |
| ACCT #:  **xx4892**<br>**Coface Collections North America, Inc.**<br>**P.O. Box 8510**<br>**Metarie, LA 70011-8510** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Lone Star Overnight**<br>REMARKS: | | | | **$1,106.78** |
| ACCT #:  **xx7106**<br>**Euler Hermes UMA**<br>**369 Pine Street, Suite 410**<br>**San Francisco, CA 94104-3310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Reach International, Inc.**<br>REMARKS: | | | | **$4,878.49** |
| ACCT #:  **xxxxxxxx9883**<br>**First Data**<br>**P.O. Box 5180**<br>**Simi Valley, CA 93062-5180** | X | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **$79.90** |
| ACCT #:  **6457**<br>**First National Bank**<br>**6002 McPherson Rd.**<br>**Laredo, Texas 78041** | | DATE INCURRED:<br>CONSIDERATION:<br>**Overdraft**<br>REMARKS: | | | | **$249.59** |
| ACCT #:  **2029**<br>**Genera Corporation**<br>**2800 Saturn Street**<br>**Brea, CA 92821** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Goods Sold**<br>REMARKS: | | | | **Notice Only** |

Sheet no. _____**1**_____ of _____**3**_____ continuation sheets attached to                                    Subtotal >                     **$102,942.92**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                              Total >
                                                      **(Use only on last page of the completed Schedule F.)**
                                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vehimax International, L.L.C.**                                   Case No. _____

                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx6172**<br>**Keystone Automotive, Inc.**<br>**4520 Tejasco Drive**<br>**San Antonio, Texas 78218** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Goods Sold**<br>REMARKS: | | | | **$16,887.99** |
| ACCT #:  **xx4892**<br>**Lone Star Overnight**<br>**P.O. Box 149225**<br>**Austin, Texas 78714** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxx0801**<br>**McCarthy, Burgess Wolf**<br>**26000 Connon Road**<br>**Cleveland, OH 44146** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for AT&T**<br>REMARKS: | | | | **$2,713.10** |
| ACCT #:  **xxxt057**<br>**Mitchell International**<br>**9889 Willow Creek Road**<br>**San Diego, CA 92131** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx5061**<br>**OneSource Software Solutions**<br>**850 East 9400 South**<br>**Sandy, UT 84070** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Services Rendered**<br>REMARKS: | | | | **$3,475.74** |
| ACCT #:  **xxxxx xx. xx-xx-6594**<br>**PartsChannel, Inc.**<br>**c/o Vicente Lopez**<br>**1601 Elm Street, Suite 4100**<br>**Dallas, Texas 75201** | | DATE INCURRED:<br>CONSIDERATION:<br>**Non-Final Judgment (For Goods Sold)**<br>REMARKS: | | | | **$103,886.64** |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to                          Subtotal >            **$126,963.47**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                   Total >
                                        **(Use only on last page of the completed Schedule F.)**
                                        **(Report also on Summary of Schedules and, if applicable, on the**
                                        **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vehimax International, L.L.C.**                     Case No. _____

                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx7106**<br>**Reach International, Inc.**<br>**7979 N.W. 84th Street**<br>**Medely, FL 33166** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Goods Sold**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxximax**<br>**T.Y.G Products, L.P.**<br>**1800 McDonald St.**<br>**Mckinney, Texas 78071** | | DATE INCURRED:<br>CONSIDERATION:<br>**For Goods Sold**<br>REMARKS: | | | | **$21,985.89** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. ____**3**____ of ____**3**____ continuation sheets attached to          **Subtotal >** | **$21,985.89**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >** | **$295,477.55**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Vehimax International, L.L.C.**                                     Case No. _____
                                                                                                        (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Flex Space Group, Ltd.**<br>201 W. Hillside Rd., Suite 19<br>Laredo, Texas 78041 | Warehouse Lease Agreement<br>Contract to be REJECTED |
| **Northern Leasing Systems, Inc.**<br>132 West 31st Street, 14th Floor<br>New York, NY 10001-3405 | Credit Card Machine Lease Agreement<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **Vehimax International, L.L.C.**                                    Case No. _____
                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel K. Jones**<br>1102 McPherson Rd., Suite 111<br>Laredo, Texas 78045 | **Chase Auto Finance**<br>P.O. Box 901076<br>Forth Worth, Texas 76101-2076 |
| **Daniel K. Jones**<br>11204 McPherson Rd., Ste. 111<br>Laredo, Texas 78045 | **First Data**<br>P.O. Box 5180<br>Simi Valley, CA 93062-5180 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re   **Vehimax International, L.L.C.**                    Case No.

                                                            Chapter        **7**


# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 4 | $3,521.17 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $11,854.75 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $45,922.95 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $295,477.55 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 14 | $3,521.17 | $353,255.25 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Vehimax International, L.L.C.**                              Case No. _____

                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____*Managing Member*_____ of the _____**Corporation**_____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**16**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date **11/11/2011** _____        Signature __*/s/* **Daniel K. Jones**_____

                                                                                              *Daniel K. Jones*
                                                                                              *Managing Member*

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:  **Vehimax International, L.L.C.**                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,830,932.11 | Estimated 2009 Gross Income. |
| $2,445,572.77 | Estimated 2010 Gross Income. |
| $308,549.20 | Estimated 2011 Gross Income. |

### 2. Income other than from employment or operation of business

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Casue No. DC-11-6594 Partschannel, Inc. v Vehimax International, L.L.C. | Collection Suit | 298th Judicial District Court Dallas County, Texas | Non-Final Judgment |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:   **Vehimax International, L.L.C.**                          Case No. _____

                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Casue No. 2011-TXA2311**<br>**City of Laredo**<br>**v.**<br>**Vehimax International, L.L.C.** | **Collection Action** | **J.P. Court, Precinct 1, Place 1**<br>**Webb County, Texas** | **Tax Warrant** |
| **Cause No. 23697**<br>**United Independant School District**<br>**v**<br>**Vehimax International, L.L.C.** | **Collection Action** | **J.P. Court, Precinct 1, Place 1**<br>**Webb County, Texas** | **Tax Warrant** |
| **Cause No. 2011-TXA-001900-D3**<br>**City of Lardo, et al.,**<br>**v**<br>**Vehimax International, L.L.C.** | **Collection Action** | **341st Judicial District Court**<br>**Webb County, Texas** | **Stayed** |
| **Vehimax International, L.L.C. on Behalf of Itself and Others Similarly Situated,**<br>**v**<br>**Jui Li Enterprise Company, Ltd., et al.** | **Class Action** | **United States District Court**<br>**Eastern District of Wisconsin** | **Voluntary Dismissal by Vehimax International, LLC** |

None
☐

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Texas State Comptroller**<br>**209 S. Danville Drive, Suite C-202**<br>**Abilene, Texas 79605-1464** | **July 7, 2011** | **$209.11** |

## 5. Repossessions, foreclosures and returns

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **National Auto Parts, Inc.**<br>**1720 E. State Highway 356**<br>**Irving, Texas 75060** | **May 6, 2011** | **Inventory; Accounts Receivables; Office Assets:  Furnishings and Equipment; Warehouse Rack; and (1) 2007 Chevrolet Silverado 15000**<br><br>**Value:  $110,600.00** |
| **Chase Auto Financial**<br>**P.O. Box 29505**<br>**Phoenix, AZ 85038-9505** | **June 22, 2011** | **Asset:  2010 GM Sierra**<br><br>**Value:  $14,900.00** |

## 6. Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re: **Vehimax International, L.L.C.**                    Case No. _____
                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Adolfo Campero, Jr. 315 Calle Del Norte Laredo, Texas 78041 | 11/11/2011 | $10,000.00 |
| United States Bankruptcy P.O. Box 619 Laredo, Texas 78040 | 11/11/2011 | $274.00 |

---

### 10. Other transfers

None
☑   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☑   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:   **Vehimax International, L.L.C.**                                     Case No. _____

                                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First National Bank** P.O. Box 810 Edinburg, Texas 78541 | **Account No. 6457** | **Closing Amount: - $249.59** **Closing Date: 8/26/2011** |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:   **Vehimax International, L.L.C.**                                    Case No. _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

### 18. Nature, location and name of business

None ☐  a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Vehimax Auto Body Parts, L.L.C.**<br>**11204 McPherson Rd., Suite 111**<br>**Laredo, Texas 78045** | **Distributor of Auto Parts** | **January 25, 2010 through February 28, 2011** |

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:   **Vehimax International, L.L.C.**                     Case No.   _____

                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 5

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

None ☑   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| Daniel K. Jones | 11204 McPherson Rd., Suite 111 Laredo, Texas 78045 |

None ☑   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

## 20. Inventories

None ☐   a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|---------------------|------------------------------------------------------------------|
| March 15, 2011 | Daniel K. Jones | $110,600.00 |
| March 6, 2011 | Daniel K. Jones | $110,600.00 |

None ☑   b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☑   a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐   b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| Daniel K. Jones 11204 McPherson Rd., Suite 111 Laredo, Texas 78045 | Managing Member | 50% Unit-Holder |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

In re:   **Vehimax International, L.L.C.**                                    Case No. _____
                                                                                             (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

**Bernardo Ramon Hasbach**                    **Managing Member**                    **50% Unit-Holder**
**11204 McPherson Rd., Suite 111**
**Laredo, Texas 78045**

---

**22. Former partners, officers, directors and shareholders**

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **11/11/2011**                                    Signature   **/s/ Daniel K. Jones**
                                                                                       **Daniel K. Jones**
                                                                                       **Managing Member**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

IN RE:   **Vehimax International, L.L.C.**                                    Case No.

Chapter      **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br><br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| PartsChannel, Inc.<br>c/o Vicente Lopez<br>1601 Elm Street, Suite 4100<br>Dallas, Texas 75201 | | Non-Final Judgment (For Goods Sold) | | **$103,886.64** |
| Clovis & Roche, Inc.<br>P.O. Box 2309<br>Hammond, LA 70401-2309 | | Collecting for Genera Corporation | | **$96,628.16** |
| Internal Revenue Service<br>300 E. 8th Street<br>M/S 5026 AUS<br>Austin, Texas 78701 | | Tax Lien | | **$39,118.89** |
| CFI Express, Ltd.<br>700 N. St. Mary's #225<br>San Antonio, Texas 78205 | | For Services Rendered | | **$37,970.20** |
| T.Y.G Products, L.P.<br>1800 McDonald St.<br>Mckinney, Texas 78071 | | For Goods Sold | | **$21,985.89** |
| Keystone Automotive, Inc.<br>4520 Tejasco Drive<br>San Antonio, Texas 78218 | | For Goods Sold | | **$16,887.99** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

IN RE:  **Vehimax International, L.L.C.**                    Case No.

Chapter     **7**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Texas State Comptroller<br>209 S. Danville Drive, Suite C-202<br>Abilene, Texas 79605-1464 | | Taxes | | $5,107.14 |
| Euler Hermes UMA<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104-3310 | | Collecting for Reach International, Inc. | | $4,878.49 |
| OneSource Software Solutions<br>850 East 9400 South<br>Sandy, UT 84070 | | For Services Rendered | | $3,475.74 |
| McCarthy, Burgess Wolf<br>26000 Connon Road<br>Cleveland, OH 44146 | | Collecting for AT&T | | $2,713.10 |
| Associated Publishing Co.<br>P.O. Box 25933<br>Lehigh Valley, PA 18002-5933 | | For Services Rendered | | $2,659.05 |
| Chase Auto Finance<br>P.O. Box 901076<br>Forth Worth, Texas 76101-2076 | | Deficiency Claim | | $2,220.40 |
| Texas Workforce Comission<br>P.O. Box 440585<br>Laredo, Texas 78044 | | Taxes | | $1,696.92 |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

IN RE:   **Vehimax International, L.L.C.**

Case No.

Chapter     **7**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Coface Collections North America, Inc.<br>P.O. Box 8510<br>Metarie, LA 70011-8510 | | Collecting for Lone Star Overnight | | **$1,106.78** |
| Caine & Weiner<br>P.O. Box 5010<br>Woodland, Hills, CA 91365-5010 | | Collecting for Mitchell International | | **$735.62** |
| First National Bank<br>6002 McPherson Rd.<br>Laredo, Texas 78041 | | Overdraft | | **$249.59** |
| First Data<br>P.O. Box 5180<br>Simi Valley, CA 93062-5180 | | For Services Rendered | | **$79.90** |
| CCC Information Services<br>3 Golf Road Suite 352<br>Hoffman Estates, IL 60169 | | For Services Rendered | | **$0.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Member** _____ of the _____ **Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   **11/11/2011** _____

Signature: **/s/ Daniel K. Jones** _____
**Daniel K. Jones**
**Managing Member**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

IN RE:   **Vehimax International, L.L.C.**                      CASE NO

                                                              CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/11/2011 _____        Signature  _/s/ Daniel K. Jones_____
                                                            *Daniel K. Jones*
                                                            *Managing Member*

Date _____        Signature _____

Debtor(s): **Vehimax International, L.L.C.**   Case No:   SOUTHERN DISTRICT OF TEXAS
Chapter: **7**   LAREDO DIVISION

| | | |
|---|---|---|
| Associated Publishing Co.<br>P.O. Box 25933<br>Lehigh Valley, PA 18002-5933 | Daniel K. Jones<br>11204 McPherson Rd., Ste. 111<br>Laredo, Texas 78045 | Mitchell International<br>9889 Willow Creek Road<br>San Diego, CA 92131 |
| Caine & Weiner<br>P.O. Box 5010<br>Woodland, Hills, CA 91365-5010 | Euler Hermes UMA<br>369 Pine Street, Suite 410<br>San Francisco, CA 94104-3310 | Northern Leasing Systems, Inc.<br>132 West 31st Street, 14th Floor<br>New York, NY 10001-3405 |
| Cardservices International , L.<br>11204 McPherson Rd., Suite 111<br>Laredo, Texas 78045-6577 | First Data<br>P.O. Box 5180<br>Simi Valley, CA 93062-5180 | OneSource Software Solutions<br>850 East 9400 South<br>Sandy, UT 84070 |
| CCC Information Services<br>3 Golf Road Suite 352<br>Hoffman Estates, IL 60169 | First National Bank<br>6002 McPherson Rd.<br>Laredo, Texas 78041 | PartsChannel, Inc.<br>c/o Vicente Lopez<br>1601 Elm Street, Suite 4100<br>Dallas, Texas 75201 |
| CFI Express, Ltd.<br>700 N. St. Mary's #225<br>San Antonio, Texas 78205 | Flex Space Group, Ltd.<br>201 W. Hillside Rd., Suite 19<br>Laredo, Texas 78041 | Reach International, Inc.<br>7979 N.W. 84th Street<br>Medely, FL 33166 |
| Chase Auto Finance<br>P.O. Box 901076<br>Forth Worth, Texas 76101-2076 | Genera Corporation<br>2800 Saturn Street<br>Brea, CA 92821 | T.Y.G Products, L.P.<br>1800 McDonald St.<br>Mckinney, Texas 78071 |
| City of Laredo<br>P.O. Box 6548<br>Laredo, Texas 78042 | Internal Revenue Service<br>300 E. 8th Street<br>M/S 5026 AUS<br>Austin, Texas 78701 | Texas State Comptroller<br>209 S. Danville Drive, Suite C-<br>Abilene, Texas 79605-1464 |
| Clovis & Roche, Inc.<br>P.O. Box 2309<br>Hammond, LA 70401-2309 | Keystone Automotive, Inc.<br>4520 Tejasco Drive<br>San Antonio, Texas 78218 | Texas Workforce Comission<br>P.O. Box 440585<br>Laredo, Texas 78044 |
| Coface Collections North America<br>P.O. Box 8510<br>Metarie, LA 70011-8510 | Lone Star Overnight<br>P.O. Box 149225<br>Austin, Texas 78714 | United Independent School Distr<br>3501 E. Saunders<br>Laredo, Texas 78041 |
| Daniel K. Jones<br>1102 McPherson Rd., Suite 111<br>Laredo, Texas 78045 | McCarthy, Burgess Wolf<br>26000 Connon Road<br>Cleveland, OH 44146 | Webb County<br>1110 Victoria, Ste. 107<br>Laredo, Texas 78040 |

Associated Publishing Co.
P.O. Box 25933
Lehigh Valley, PA 18002-5933

Daniel K. Jones
11204 McPherson Rd., Ste. 111
Laredo, Texas 78045

Mitchell International
9889 Willow Creek Road
San Diego, CA 92131

Caine & Weiner
P.O. Box 5010
Woodland, Hills, CA 91365-5010

Euler Hermes UMA
369 Pine Street, Suite 410
San Francisco, CA 94104-3310

Northern Leasing Systems, Inc.
132 West 31st Street, 14th
Floor
New York, NY 10001-3405

Cardservices International ,
L.L.C.
11204 McPherson Rd., Suite 111
Laredo, Texas 78045-6577

First Data
P.O. Box 5180
Simi Valley, CA 93062-5180

OneSource Software Solutions
850 East 9400 South
Sandy, UT 84070

CCC Information Services
3 Golf Road Suite 352
Hoffman Estates, IL 60169

First National Bank
6002 McPherson Rd.
Laredo, Texas 78041

PartsChannel, Inc.
c/o Vicente Lopez
1601 Elm Street, Suite 4100
Dallas, Texas 75201

CFI Express, Ltd.
700 N. St. Mary's #225
San Antonio, Texas 78205

Flex Space Group, Ltd.
201 W. Hillside Rd., Suite 19
Laredo, Texas 78041

Reach International, Inc.
7979 N.W. 84th Street
Medely, FL 33166

Chase Auto Finance
P.O. Box 901076
Forth Worth, Texas 76101-2076

Genera Corporation
2800 Saturn Street
Brea, CA 92821

T.Y.G Products, L.P.
1800 McDonald St.
Mckinney, Texas 78071

City of Laredo
P.O. Box 6548
Laredo, Texas 78042

Internal Revenue Service
300 E. 8th Street
M/S 5026 AUS
Austin, Texas 78701

Texas State Comptroller
209 S. Danville Drive, Suite
C-202
Abilene, Texas 79605-1464

Clovis & Roche, Inc.
P.O. Box 2309
Hammond, LA 70401-2309

Keystone Automotive, Inc.
4520 Tejasco Drive
San Antonio, Texas 78218

Texas Workforce Comission
P.O. Box 440585
Laredo, Texas 78044

Coface Collections North
America, Inc.
P.O. Box 8510
Metarie, LA 70011-8510

Lone Star Overnight
P.O. Box 149225
Austin, Texas 78714

United Independent School
District
3501 E. Saunders
Laredo, Texas 78041

Daniel K. Jones
1102 McPherson Rd., Suite 111
Laredo, Texas 78045

McCarthy, Burgess Wolf
26000 Connon Road
Cleveland, OH 44146

Webb County
1110 Victoria, Ste. 107
Laredo, Texas 78040