## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re:  Vehimax International, L.L.C.

Case No.: 11–50267

Debtor

Chapter:  7

## NOTICE OF ASSETS, NOTICE TO CREDITORS AND
## OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE NINETY(90) DAYS FROM THE ISSUANCE OF THIS NOTICE.

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

MAIL TO:

United States Bankruptcy Court
1300 Victoria Street
Laredo, TX 78040


David J. Bradley
Clerk of Court

Date of Issuance: 4/20/12

Trustee: Lisa J Nichols