**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Vehimax International, L.L.C.

Case No.: 11–50267

Debtor

Chapter: 7

**NOTICE OF ASSETS, NOTICE TO CREDITORS AND**
**OTHER PARTIES IN INTEREST OF THE NEED TO FILE CLAIMS**

Notice is hereby given that:

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was unnecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors must now file claims in this case in order to share in any distribution from the estate. CLAIMS MUST BE FILED ON OR BEFORE NINETY(90) DAYS FROM THE ISSUANCE OF THIS NOTICE.

Claims which are not filed timely as set forth above will not be allowed, except as otherwise provided by law. A claim may be filed in the Office of the Clerk of the Bankruptcy Court on an official form prescribed for a proof of claim.

      MAIL TO:

           United States Bankruptcy Court
           1300 Victoria Street
           Laredo, TX 78040

           David J. Bradley
           Clerk of Court

Date of Issuance: 4/20/12

Trustee: Lisa J Nichols

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 11-50267-drj
Vehimax International, L.L.C.                                             Chapter 7
        Debtor               **CERTIFICATE OF NOTICE**

District/off: 0541-5         User: hcar              Page 1 of 3         Date Rcvd: Apr 20, 2012
                             Form ID: ntcasset       Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 22, 2012.
db         +Vehimax International, L.L.C.,   11204 McPherson Rd., Suite 111,   Laredo, Tx 78045-6577
aty        +George Russell Meurer,   Kazen Meurer et al,   211 Calle Del Norte,   Laredo, TX 78041-9130
tr         +Lisa J Nichols,   400 So Padre Island Dr,   Ste 102,   Corpus Christi, TX 78405-4121
cr         +The Laredo Community College,   211 CALLE DEL NORTE, STE 200,   LAREDO, TX 78041-9130
7768609     Associated Publishing Co.,   P.O. Box 25933,   Lehigh Valley, PA 18002-5933
7768612    +CCC Information Services,   3 Golf Road Suite 352,   Hoffman Estates, IL 60169-4601
7768613    +CFI Express, Ltd.,   700 N. St. Mary's #225,   San Antonio, Texas 78205-3519
7768610     Caine & Weiner,   P.O. Box 5010,   Woodland, Hills, CA 91365-5010
7768611     Cardservices International , L.L.C.,   11204 McPherson Rd., Suite 111,   Laredo, Texas 78045-6577
7768615    +City of Laredo,   P.O. Box 6548,   Laredo, Texas 78042-6548
7768616    +Clovis & Roche, Inc.,   P.O. Box 2309,   Hammond, LA 70404-2309
7768617    #Coface Collections North America, Inc.,   P.O. Box 8510,   Metarie, LA 70011-8510
7768619    +Daniel K. Jones,   11204 McPherson Rd., Ste. 111,   Laredo, Texas 78045-6577
7768618     Daniel K. Jones,   1102 McPherson Rd., Suite 111,   Laredo, Texas 78045
7768620     Euler Hermes UMA,   369 Pine Street, Suite 410,   San Francisco, CA 94104-3310
7768621     First Data,   P.O. Box 5180,   Simi Valley, CA 93062-5180
7768622    +First National Bank,   6002 McPherson Rd.,   Laredo, Texas 78041-6129
7768623    +Flex Space Group, Ltd.,   201 W. Hillside Rd., Suite 19,   Laredo, Texas 78041-3197
7768624    +Genera Corporation,   2800 Saturn Street,   Brea, CA 92821-6201
7768626    +Keystone Automotive, Inc.,   4520 Tejasco Drive,   San Antonio, Texas 78218-5219
7826710    +LAREDO COMMUNITY COLLEGE,   C/O GEORGE R. MEURER,   211 CALLE DEL NORTE, STE 200,
             LAREDO, TEXAS 78041-9130
7768627    +Lone Star Overnight,   P.O. Box 149225,   Austin, Texas 78714-9225
7768628    +McCarthy, Burgess Wolf,   26000 Connon Road,   Cleveland, OH 44146-1807
7768630     Northern Leasing Systems, Inc.,   132 West 31st Street, 14th Floor,   New York, NY 10001-3405
7768631    +OneSource Software Solutions,   850 East 9400 South,   Sandy, UT 84094-3632
7768632    +PartsChannel, Inc.,   c/o Vicente Lopez,   1601 Elm Street, Suite 4100,
             Dallas, Texas 75201-7274
7862223    +Partschannel, Inc.,   c/o Richard G. Dafoe,   Vincent Lopez Serafino & Jenevein, P.C.,
             1601 Elm Street, Suite 4100,   Dallas, TX 75201-7274
7768633    #+Reach International, Inc.,   7979 N.W. 84th Street,   Medely, FL 33166-2107
7768634    +T.Y.G Products, L.P.,   1800 McDonald St.,   Mckinney, Texas 75071-0365
7768635    +Texas State Comptroller,   209 S. Danville Drive, Suite C-202,   Abilene, Texas 79605-1449
7768637    +United Independent School District,   3501 E. Saunders,   Laredo, Texas 78041-5444
7768638    +Webb County,   1110 Victoria, Ste. 107,   Laredo, Texas 78040-4420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
7768614      EDI: CAUT.COM Apr 20 2012 21:18:00    Chase Auto Finance,   P.O. Box 901076,
             Forth Worth, Texas 76101-2076
7768625      EDI: IRS.COM Apr 20 2012 21:18:00    Internal Revenue Service,   300 E. 8th Street,
             M/S 5026 AUS,   Austin, Texas 78701
7768636     +E-mail/Text: redpacer@twc.state.tx.us Apr 20 2012 22:22:22    Texas Workforce Comission,
             P.O. Box 440585,   Laredo, Texas 78044-0585
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7768629     ##+Mitchell International,   9889 Willow Creek Road,   San Diego, CA 92131-1119
                                                                                 TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0541-5           User: hcar              Page 2 of 3              Date Rcvd: Apr 20, 2012
                               Form ID: ntcasset       Total Noticed: 35

                ***** BYPASSED RECIPIENTS (continued) *****
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 22, 2012**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0541-5          User: hcar              Page 3 of 3                Date Rcvd: Apr 20, 2012
                              Form ID: ntcasset       Total Noticed: 35
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2012 at the address(es) listed below:

        Adolfo Campero   on behalf of Debtor  Vehimax International, L.L.C. acampero@camperolaw.com, gerardo@camperolaw.com;pdlopez25@yahoo.com;drodriguez@camperolaw.com;plopez@camperolaw.com;legal5@camperolaw.com;asalinas@camperolaw.com;msalinas@camperolaw.com;fcastillo@camperolaw.com;kvelarde@camperolaw.com;sdavila@camperolaw.com

        Lisa J Nichols    lnicholstrustee@aol.com, ln@trustesolutions.com;vickitillman@aol.com;LN@trustesolutions.net

        US Trustee    USTPRegion07.CC.ECF@USDOJ.GOV

        TOTAL: 3