IN THE UNITED STATES OF BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-50267 |
| VERIMAX INTERNATIONAL, L.L.C., | § | |
| | § | CHAPTER 7 |
| DEBTOR(s) | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, THE CITY OF LAREDO, and files this it's Notice of Appearance and Request for Notice and would show as follows:

1. On or about November 12, 2011, Vehimax International, L.L.C., (Debtor(s)) filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. Christina Flores, of the law firm Flores & Saucedo, PLLC is the attorney of record for the City of Laredo, a creditor in the above entitled and numbered case.

3. The undersigned, on behalf of the City of Laredo hereby request that all notices given or required to be given in this case and all papers served as required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below:

Christina Flores
FLORES, FLORES, CANALES & CHU PLLC
5517 McPherson, Ste. 14
Laredo, Texas 78041
Office (956) 728-7474
Fax (956) 728-7406

The foregoing request includes the notices and papers referred to and specified above, and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, notices, petitions, pleadings or requests, and any other documents brought in this case,

whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, telegraph, telefax, or otherwise.

                Respectfully Submitted

                **FLORES, FLORES, CANALES & CHU PLLC**

                */s/ Christina Flores*
                CHRISTINA FLORES
                State Bar of Texas No.: 50511866
                Federal I.D. No. 26773
                5517 McPherson, Ste. 14
                Laredo, Texas 78041
                Office (956) 728-7474
                Fax (956) 728-7406

                **ATTORNEYS FOR THE CITY OF LAREDO**

## CERTIFICATE OF SERVICE

A copy of the NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS was mailed to all parties on the attached service list by regular mail – first class, on the 24th day of April 2014.

**FLORES, FLORES, CANALES & CHU PLLC**

/s/ Chiristina Flores
CHRISTINA FLORES

## SERVICE LIST

Adolfo Campero, Jr
Attorney at Law
315 Calle Del Norte Ste 207
Laredo, TX 78041

Vehimax International, L.L.C.
11204 McPherson Rd.., Suite 111
Laredo, Texas 78045

Lisa J Nichols
400 So Padre Island Dr Ste 102
Corpus Christi, TX 78405

COUNTY OF WEBB:
CASTILLO, MONTEMAYOR & SOLIS, P. C.
7718 MCPHERSON RD., STE F-105
LAREDO, TEXAS 78045

LAREDO COMMUNITY COLLEGE &
LAREDO INDEPENDENT SCHOOL DISTRICT:
KAZEN, MEURER & PEREZ
211 CALLE DEL NORTE
LAREDO, TEXAS 78041

UNITED INDEPENDENT SCHOOL DISTRICT:
ALARCON & SAENZ, P. L. L. C.
1302 WASHINGTON ST.
LAREDO, TEXAS 78040