UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
JUDY A. ROBBINS
UNITED STATES TRUSTEE
DIANE G. LIVINGSTONE
ASSISTANT UNITED STATES TRUSTEE
606 N. Carancahua St., Ste. 1107
Corpus Christi, TX  78401
Telephone:  (361)888-3261
Facsimile:  (361)888-3263

UNITED STATES BANKRUPTCY COURT<br>
SOUTHERN DISTRICT OF TEXAS<br>
LAREDO DIVISION

| IN RE: | § | CASE No. |
|---|---|---|
|  | § |  |
| VEHIMAX INTERNATIONAL, LLC | § | 11-50267-L-7 |
|  | § |  |
| DEBTOR | § | CHAPTER 7 |

### NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE

Pursuant to 11 U.S.C. § 703, **MICHAEL B. SCHMIDT** is appointed trustee in the above captioned case.

Pursuant to Bankruptcy Rule 2008, the trustee will be deemed to have accepted this appointment unless it is rejected within seven (7) days of receipt of this notice. If the trustee rejects this appointment, the trustee must notify the Court and the United States Trustee.

The bond for this case will be included under the trustee's existing blanket bond.

Dated this the **11**<sup>th</sup> day of **June**, **2014**.

JUDY A. ROBBINS
UNITED STATES TRUSTEE

By:  /s/Diane G. Livingstone
Diane G. Livingstone
Assistant United States Trustee
Texas Bar No. 0851700
515 Rusk St., Room 3516
Houston, TX  77002
Telephone: (713)718-4650 ext. 242
Facsimile: (713)718-4670