**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Vehimax International, L.L.C.

**Debtor(s)**

Case No.: 11–50267

Chapter:  7

ENTERED
08/26/2014

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Lisa J Nichols is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/26/14

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE