**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**



In Re: Vehimax International, L.L.C.

    **Debtor(s)**

Case No.: 11−50267
Chapter: 7

ENTERED
08/26/2014

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Lisa J Nichols is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/26/14

DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:   Case No. 11-50267-drj
Vehimax International, L.L.C.   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-5     User: hcar     Page 1 of 1     Date Rcvd: Aug 26, 2014
                      Form ID: fnldtxs     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2014.
db     +Vehimax International, L.L.C.,   11204 McPherson Rd., Suite 111,   Laredo, Tx 78045-6577

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2014              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2014 at the address(es) listed below:
           Adolfo Campero, Jr   on behalf of Debtor   Vehimax International, L.L.C. acampero@camperolaw.com, gerardo@camperolaw.com;plopez@camperolaw.com;mit@camperolaw.com;igarcia@camperolaw.com;acastaneda@camperolaw.com;cpayne@camperolaw.com;msalinas@camperolaw.com
           Christina Flores   on behalf of Creditor   City of Laredo Tax Dept. ffccpllc14@gmail.com, cfloreslaw@sbcglobal.net
           Jose Luis Castillo   on behalf of Creditor   Webb County jose.castillo@laredo-law.com, mzapata@cmslaw.org
           Lisa J Nichols   lnicholstrustee@aol.com,   ln@trustesolutions.com;LN@trustesolutions.net
           US Trustee   USTPRegion07.CC.ECF@USDOJ.GOV
     TOTAL: 5